NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA GRAY,<br>*individually and on behalf of all those similarly situated*,<br><br>      Plaintiff,<br><br>      v.<br><br>ALO, LLC,<br><br>      Defendant. | No. 2:26-cv-01484-SVW-BFM<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT ALO, LLC'S REQUEST TO APPEAR REMOTELY AT JULY 6, 2026 INITIAL STATUS CONFERENCE & TO ISSUE PLAINTIFF AN ORDER TO SHOW CAUSE**<br><br>Honorable Stephen V. Wilson |

Good cause having been shown in Defendant's Request to Appear Remotely at the July 6, 2026 Initial Status Conference and to Issue Plaintiff an Order to Show Cause, the Request is hereby GRANTED.  The Court ORDERS as follows:

1.    Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than July 29, 2026, whether she intends to proceed with this action. Plaintiff's response shall state whether she intends to retain replacement counsel or proceed pro se, and whether she intends to continue pursuing class allegations. Failure to timely respond may result in further action by the Court.

It is so ORDERED.

Dated: July 8, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

2