JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa Gray,<br><br>Plaintiff,<br><br>v.<br><br>ALO, LLC,<br><br>Defendants. | Case No. **2:26-cv-01484-SVW-BFM**<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On July 8, 2026, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by July 29, 2026. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: July 30, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE